Law Office of Mahir T. Sherif, Esq.
Mahir T. Sherif (135021)
3376 30th Street
San Diego, CA  92104
Tel: (619) 297-4444
Fax: (619) 297-4115



## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (Honorable John S. Rhodes)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: No. 06-CR-0600 R |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY AND ORDER THEREON** |
| vs. | |
| **ANTONIO VALLEJO-HUERTA** | |
| Defendant | |

I, **ANTONIO VALLEJO-HUERTA**, hereby substitute Attorney **MAHIR T. SHERIF**, in place of my appointed attorney, **DEBRA ANN DILORIO, ESQ.**, as my Attorney of record in the above-entitled case.

**I CONSENT TO THE SUBSTITUTION.**

DATED: 10/04/06     By: _____
                         Antonio VALLEJO-HUERTA, Defendant

DATED: 10/4/06      By: _____
                         Debra Ann Dilorio, Esq.
                         Appointed Attorney for Defendant

DATED: 10/4/06.     By: _____
                         Mahir T. Sherif, Esq.
                         Retained Attorney for Defendant

---

SUBSTITUTION OF ATTORNEY AND ORDER THEREON
-1-

1 | Law Office of Mahir T. Sherif, Esq.
2 | Mahir T. Sherif (135021)
    3376 30th Street
3 | San Diego, CA 92104
    Tel: (619) 297-4444
4 | Fax: (619) 297-4115

FILED
OCT 1 6 2006

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Honorable John S. Rhodes)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: No. 06-CR-0600 R |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY AND ORDER THEREON** |
| vs. | |
| **ANTONIO VALLEJO-HUERTA** | |
| Defendant | |

**IT IS SO ORDERED.**

DATED: 10/16/06          By: _____

Honorable District Court Judge