```
 1  Dorothy Rees Shelton
    Attorney At Law
 2  California State Bar No. 74940
    110 West "C" Street, Suite 711
 3  San Diego, California  92101
    Tel: (619) 239-9387
 4
 5  Attorney for Material Witness   RAFAEL RAMIREZ-AGUIRRE
```

FILED

2007 FEB -8  PM 3: 01

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____RM_____ DEPUTY

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE   WILLIAM McCURINE, JR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06cr 0600 R |
| | ) | |
| | ) | Magistrate Case No. 06 mj 0466 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | TO EXONERATE THE APPEARANCE |
| v. | ) | BOND FOR MATERIAL WITNESS |
| | ) | RAFAEL RAMIREZ-AGUIRRE |
| | ) | |
| | ) | |
| ANTONIO VALLEJO-HUERTA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

IT IS HEREBY ORDERED that the personal surety bond of $5,000.00, which secured the presence of Material Witness RAFAEL RAMIREZ-AGUIRRE be exonerated forthwith and the cash //

// //

// //

// //

// //

// //

1

deposit of $500.00 be returned to his surety, ISABEL IBARRA at the following address: 6626 Darby Avenue Apt. 6, Reseda, California 91355.

IT IS SO ORDERED.

Dated: 2/7/07

HON. WILLIAM McCURINE, JR.